# Photo Evidence of Compartment-to-Compartment Explosion Extension

# Extension through breached partition between the B1 Room (immediately adjacent to the South Bauermeister) and C1 Room





Extension up the Stairs at the northwest corner of B1, through the door, and into the A/B Mill Stairway. Window of B1 door blown into stairway.









# Extension From Stairs at B1 Level into the Hallway to the Supply Room and Into Pack









# Extension Into Hallway



# Extension From B1 (through middle door and overhead air shaft opening on north side of room) into the B Mill Air Shaft









# Extension From First Floor up the B Mill Airshaft and Into B2 Electrical Room









# Extension into B2 from B Mill Air Shaft Through Air Shaft Door and Air Shaft Opening







# Extension from B2 Through Cinder Block In-Fill Wall





# Extension Through Hall to Control Room and Stairs Leading to C2







31

# Extension From B2 Into A/B Mill Stairwell, including Through B2 Door (Knocked Into Adjacent Doorway)









# Extension On First Floor From B Mill Air Shaft to A Mill Air Shaft Through the Opening Between Shafts







# Extension From A Mill Air Shaft into A1 Through Door and Louvered Opening











# Extension from A Mill Air Shaft into A2 Through Air Shaft Opening





# Extension From A2 Into Pack Through Roll-Up Door







